UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUNSINK TRADING, LTD., <br><br>               Plaintiff, <br><br> vs. <br><br> LINFORD SHIPPINGS LTD., <br><br>               Defendant. | Civ. No.  08 civ. 5013 (GBD) |

### DECLARATION OF ANTHONY B. ULLMAN IN RESPECT OF ORDER APPOINTING PERSON TO SERVE PROCESS PURSUANT TO RULE 4(C) AND SCOPE OF SERVICE

ANTHONY B. ULLMAN declares as follows:

1. I am a partner of Salans, counsel for Plaintiff Dunsink Trading, Ltd. ("Dunsink").

2. I am fully familiar with the matters set forth herein, which is submitted as, and in support of, Dunsink's application pursuant to Rule 4(c) of the Federal Rules of Civil Procedure for an Order appointing myself, John J. Hay, Anthony M. Pabon, David Wilbur, Nina Khalatova, Deric Gerlach, Christopher Blackwell, Michael Kaufman, or any other partner, associate, paralegal or other agent of Salans, in addition to the United States Marshals Service ("USMS"), to serve the Process of Maritime Attachment and Garnishment issued pursuant to FRCP Supplemental Rule B together with other supporting papers upon the named garnishee(s) as well as any other garnishee(s) who (based upon information developed subsequent hereto) may hold assets of, for, or on behalf of the defendant.

3. Dunsink is desirous of serving the Process of Maritime Attachment and Garnishment on the garnishee(s) with all deliberate speed so that it will be fully protected against the possibility of being unable to satisfy a judgment that may ultimately be entered in favor of Dunsink against the defendant.

NewYork 1163450.1

4.       Because the maritime attachment and garnishment sought in this action does not involve a restraint of physical property, and service of process simply involves delivery of the process to the respective garnishee(s), there is no need to require that the service be effected by the USMS.

5.       Dunsink also requests that the Court grant leave for the above-specified persons to serve any additional garnishee(s) who may be discovered in the course of this litigation to be holding property of the defendants within this District. Obtaining such leave at this time will facilitate prompt service of the Process without the need to return to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 30, 2008

_____
Anthony B. Ullman