UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUNSINK TRADING, LTD., <br><br> Plaintiff, <br><br> -against- <br><br> LINFORD SHIPPINGS LTD., <br><br> Defendant. | Case No. 08 Civ. 5013 (GBD) <br><br> AFFIDAVIT OF SERVICE |

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

    Anthony M. Pabon being duly sworn, deposes and says:

    I am over the age of 18 years and I am not a party to the within action and reside in Bayonne, New Jersey, and am a licensed process server, License Number 841547.

    On June 5, 2008, I served by **REGISTERED MAIL, RETURN RECEIPT REQUESTED, PLAINTIFF'S SUMMONS, VERIFIED COMPLAINT, CIVIL COVER SHEET, PROCESS OF MARITIME ATTACHMENT, EX-PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT, INDIVIDUAL PRACTICES OF JUDGE GEORGE B. DANIELS, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE GABRIEL W. GORENSTEIN AND INSTRUCTIONS FOR ELECTRONIC CASE FILING** upon the following:

> Linford Shippings Ltd.
> P.O. Box 3321
> Road Town
> Tortola, British Virgin Islands
> *Registered Mail, Article # 232-873-212*

                                                    _____
                                                    Anthony M. Pabon

Sworn to before me this
6th day of June, 2008

_____
Notary Public

Nina Khalatova
Notary Public, State of New York
No. 01KH6114595
Qualified in Kings County
Commission Expires August 23, 20_08_

NEWYORK.545830.3
NewYork 1165441.1

| Registered No. 2RE328732U63-2|2 | | Date Stamp | |
|---|---|---|---|
| Reg. Fee $10.80 | | 0056 | |
| Handling Charge $0.00 | Return Receipt $2.20 | 44 | |
| Postage $9.48-25 | Restricted Delivery $0.00 | 06/05/08 | |
| Received by | | | |
| Customer Must Declare Full Value $$0.00 | ☐ With Postal Insurance<br>☐ Without Postal Insurance | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). | |

OFFICIAL USE

| FROM | SALANS |
| | ROCKEFELLER CENTER |
| | 620 FIFTH AVENUE |
| | NEW YORK, NY 10020-2457   USA |
| TO | VLINFORD SHIPPINGS LTD. |
| | P.O. BOX 3321 |
| | ROAD TOWN |
| | TORTOLA, BRITISH VIRGIN ISLANDS |

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®