UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUNSINK TRADING, LTD., <br><br> Plaintiff, <br><br> -against- <br><br> LINFORD SHIPPINGS LTD., <br><br> Defendant. | Case No. 08 Civ. 5013 (GBD) <br><br> <u>AFFIDAVIT OF SERVICE</u> |

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

      Anthony M. Pabon being duly sworn, deposes and says:

      I am over the age of 18 years and I am not a party to the within action and reside in Bayonne, New Jersey, and am a licensed process server, License Number 841547.

      On June 19, 2008, I served by **REGISTERED MAIL, RETURN RECEIPT REQUESTED, the within NOTICE OF ASSIGNMENT** upon the following:

                Linford Shippings Ltd.
                P.O. Box 3321
                Road Town
                Tortola, British Virgin Islands
                *Registered Mail, Article # 232-904-039*

                                            _____
                                                  Anthony M. Pabon

Sworn to before me this
20th day of June, 2008

_____
Notary Public

Nina Khalatova
Notary Public, State of New York
No. 01KH6114595
Qualified in Kings County
Commission Expires August 23, 20__

NEWYORK.545830.3
NewYork 1165441.1

| Registered No. 232-904-039 | Date Stamp |
|---|---|
| Reg. Fee $ 10.80 | |
| Handling Charge $ | Return Receipt $ 2.20 |
| Postage $ .94 | Restricted Delivery $ |
| Received by | |

NEW YORK, NY ROCKEFELLER JUN 19 2008

Customer Must Declare Full Value $ -0-   ☐ With Postal Insurance   ☑ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse).

FROM:
SALANS
620 FIFTH AVENUE
N.Y., N.Y. 10020

TO:
LINFORD SHIPPING LTD.
P.O. BOX 3321
ROAD TOWN
TORTOLA, BRITISH VIRGIN ISLANDS

PS Form 3806, June 2002   Receipt for Registered Mail   Copy 1 - Customer (See Information on Reverse)

For delivery information, visit our website at www.usps.com ®

United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

------------------------------------X

                                                                 **NOTICE OF ASSIGNMENT**

        Dunsink Trading

           V.                                                                         1:08-cv-5013

        Linford Shipping

------------------------------------X

     Pursuant to the memorandum of the Case Processing Assistant, the above-entitled action is assigned to the calendar of

     **JUDGE**    Daniels

     All future documents submitted in this action are to be presented in the Clerk's Office of the Southern District Court for filing and shall bear the assigned judge's initials after the case number.

     The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of assignment on all defendants.

                                                                   J. Michael McMahon, CLERK

**Dated: 6/10/08**

                                                By:       **Roberto A. Diaz**
                                                                         Deputy Clerk

cc:  Attorneys of Record