UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUNSINK TRADING, LTD., <br><br> Plaintiff, <br><br> -against- <br><br> LINFORD SHIPPINGS LTD., <br><br> Defendant. | Case No. 08 Civ. 5013 (GBD) <br><br> <u>AFFIDAVIT OF SERVICE</u> |

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

        Anthony M. Pabon duly sworn, deposes and says:

        I am over the age of 18 years and I am not a party to the within action and reside in Bayonne, New Jersey. I am a licensed process server, license number 0841547.

        On August 7, 2008, I served by regular first class mail the following documents herein: (1) SUMMONS IN A CIVIL ACTION, (2) VERIFIED COMPLAINT, (3) PROCESS OF MARITIME ATTACHMENT, (4) EX-PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT, (5) INDIVIDUAL PRACTICES OF JUDGE GEORGE B. DANIELS, (6) INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE GABRIEL W. GORENSTEIN, and (7) INSTRUCTIONS FOR ELECTRONIC CASE FILING on Linford Shippings Ltd., P.O. Box 3321, Road Town, Tortola, British Virgin Islands, by depositing a true copy of same, enclosed in a properly addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                  _____
                                                                   Anthony M. Pabon

Sworn to before me this
19th day of August, 2008
_____
Notary Public

                Nina Khalatova
        Notary Public, State of New York
              No. 01KH6114595
          Qualified in Kings County
    Commission Expires August 23, 2012

NEWYORK.548588.2
NewYork 548588.2